■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
FAUSTO GONZALEZ, Appellant. [890 NYS2d 323]—

Without objection, the court employed a pre-voir dire screen-
ing device for prospective jurors that was essentially similar to
the procedure described in *People v Casanova* (62 AD3d 88
[2009], *lv denied* 12 NY3d 852 [2009]). For the reasons stated in
*Casanova*, we find that this procedure was not a mode of
proceedings error exempt from the requirement of preservation,
and we decline to review defendant's unpreserved challenge to
that procedure in the interest of justice. We reject defendant's
arguments to the contrary, including his argument that the
court "relinquishe[d] control" (*People v Toliver*, 89 NY2d 843,
844 [1996]) over jury selection. The court, in effect, excused
certain jurors as unqualified on the basis of their responses to a
single question posed by the court. Thus, the court supervised
that stage of jury selection, notwithstanding that it did so in a
manner to which defendant belatedly objects. Concur—Sweeny,
J.P., Catterson, Renwick, Freedman and Abdus-Salaam, JJ.